**Fill in this information to identify the case:**

Debtor name    **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-6062**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $    1,250,925.22

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $    3,107,289.41

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $    4,358,214.63

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    3,810,480.20

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    30.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    1,742,101.16

4. **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b       $    5,552,611.36

**Fill in this information to identify the case:**

Debtor name  **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:18-bk-6062**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **Checking** | **7826** | **$7,620.71** |
| 3.2. | **CenterState Bank** | **Checking** | **5045** | **$1,115.72** |
| 3.3. | **Bank of Tampa** | **Checking** | **6603** | **$11,977.42** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     **$20,713.85**

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Rent Deposit** | **$9,287.38** |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Florida Pavement Coatings, Inc.**                    Case number *(If known)*  **8:18-bk-6062**
        Name

---

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.     **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81. | **$9,287.38**

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **359,817.48** | - | **0.00** | = .... | **$359,817.48** |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$359,817.48**

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** **Inventory - Raw** | | | **Cost** | **$39,293.23** |
| **Inventory - Finished** | | | **Cost** | **$213,292.74** |

23.     **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84. | **$252,585.97**

24.     **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Florida Pavement Coatings, Inc.**
Name

Case number *(If known)*  **8:18-bk-6062**

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
■ Yes. Book value _____ **0** Valuation method **Cost** _____ Current Value _____ **64604**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Autos, Trucks, Trailers** | **$761,453.35** | **Book Value** | **$761,453.35** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Fixtures** | **$65,142.02** | **Book Value** | **$65,142.02** |
| **Equipment** | **$1,370,354.64** | **Book Value** | **$1,370,354.64** |

51. **Total of Part 8.** | | | **$2,196,950.01**
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
□ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Florida Pavement Coatings, Inc.**                    Case number *(If known)* **8:18-bk-6062**
Name

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Real property (manufacturing/office facility) located at 4901 30th Ave. S., Tampa, Florida** | | $1,250,925.22 | Book | $1,250,925.22 |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$1,250,925.22

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** **Organizational and Loan Costs** | $267,934.72 | StraightLineDepr | $267,934.72 |

65.    **Goodwill**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor  **Florida Pavement Coatings, Inc.**                     Case number *(If known)*  **8:18-bk-6062**
        Name

66.  **Total of Part 10.**                                                          $267,934.72

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ■ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

### Part 11:    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ■ Yes Fill in the information below.

                                                                            **Current value of
                                                                            debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **Due from South Florida Pavement Coatings, Inc.**                       **Unknown**

78.  **Total of Part 11.**                                                           $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor   **Florida Pavement Coatings, Inc.**                                    Case number *(If known)*  **8:18-bk-6062**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$20,713.85** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$9,287.38** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$359,817.48** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$252,585.97** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,196,950.01** | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | **$1,250,925.22** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$267,934.72** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$3,107,289.41** | + 91b.   **$1,250,925.22** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,358,214.63** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Gregory Polk** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | 8:18-bk-6062 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Line from *Schedule A/B*: | | ☐ _____ <br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **8:18-bk-6062**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.1 | **Accord Business Funding** | Describe debtor's property that is subject to a lien | **$55,570.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable** | | |
| | **3131 Eastside St., #350**<br>**Houston, TX 77098** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Security Interest** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

| 2.2 | **Ally Bank** | Describe debtor's property that is subject to a lien | $51,012.16 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 Ford F-350 (61225)** | | |
| | **P.O. Box 380901**<br>**Minneapolis, MN 55438** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Security Interest** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Florida Pavement Coatings, Inc.**
Name

Case number (if know)   **8:18-bk-6062**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

| **P.O. Box 380901** | Describe debtor's property that is subject to a lien | **$50,193.38** | **$0.00** |
|---|---|---|---|

**P.O. Box 380901**
**Minneapolis, MN 55438**

**2016 Ford F-350 (23815)**

Creditor's mailing address

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CenterState Bank, N.A.** | | | **$1,873,424.36** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**1101 First Street S.**
**Tampa, FL 33619**

**Equipment, machinery, FFE, accounts,**
**inventory**

Creditor's mailing address

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CenterState Bank, N.A.** | | | **$1,115,000.00** | **$1,250,925.22** |
|---|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**1101 First Street S.**
**Tampa, FL 33619**

**Real property (manufacturing/office facility)**
**located at 4901 30th Ave. S., Tampa, Florida**

Creditor's mailing address

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 7

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if know) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | $32,664.06 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **SM-575 Squeegee Machine** | | |

**P.O. Box 4568**
**Auburn, WA 98001**

Creditor's mailing address

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 | **Financial Pacific Leasing, Inc.** | Describe debtor's property that is subject to a lien | $59,568.05 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Equipment** | | |

**P.O. Box 4568**
**Auburn, WA 98001**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **Ford Credit Co.** | Describe debtor's property that is subject to a lien | $59,823.10 | $0.00 |
|---|---|---|---|---|

---

Debtor    **Florida Pavement Coatings, Inc.**
_____
Name

Case number (if know)    **8:18-bk-6062**

---

Creditor's Name

**P.O. Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2016 Ford F-350 (3639)**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9    **Ford Credit Co.**
Creditor's Name

**P.O. Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$59,538.17**    **$0.00**
**2016 Ford F-350 (4916)**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10    **Forward Financing Business Capital LLC**
Creditor's Name

**2 Rector St.**
**New York, NY 10006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**    **$37,045.00**    **Unknown**
**Equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 7

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if know) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **HYG Financial Services, Inc.** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**   **$57,325.09**   **$0.00**
**Forklifts (3)**

**P.O. Box 35701**
**Billings, MT 59107**

Creditor's mailing address

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **On Deck Financial** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**   **$144,346.12**   **$0.00**
**Accounts Receivable**

**901 N. Stuart St., #700**
**Arlington, VA 22203**

Creditor's mailing address

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Pawnee Leasing Corp.** | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**   **$71,740.95**   **$0.00**
**4500 Gallon Water Tank and 3.92 MBTU Boiler System**

**3801 Automation Way**
**Fort Collins, CO 80525**

Creditor's mailing address

**Describe the lien**
**Security Interest**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if know) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Radium2 Capital** | Describe debtor's property that is subject to a lien | $78,857.10 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable** | | |

**300 RXR Plaza**
**Uniondale, NY 11556**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **Secured Lender Solutions** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **For noticing purposes** | | |

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 6 of 7 |
|---|---|---|

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if know) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

| 2.1 6 | **Simmons Bank** | Describe debtor's property that is subject to a lien | $64,372.66 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **3 Kaufman Drop Deck Flatbed Trailers** | | |

**P.O. Box 8012**
**Little Rock, AR 72203**

Creditor's mailing address

Describe the lien
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **For noticing purposes** | | |

**Miami District Office**
**51 SW 1st Ave., #201**
**Miami, FL 33130**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,810,480.20 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Florida Pavement Coatings, Inc.**__

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    __**8:18-bk-6062**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |

**2.1**  Priority creditor's name and mailing address
**Hillsborough County Tax Collector**
**2506 N. Falkenburg Rd.**
**Tampa, FL 33619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**ABI**
**375 Roma Jean Parkway**
**Streamwood, IL 60107**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,330.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**3.2**  Nonpriority creditor's name and mailing address
**Airgas**
**P.O. Box 532609**
**Atlanta, GA 30353-2609**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$374.15

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if known) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.10** |
|---|---|---|---|

**B&D Technologies**
P.O. Bxx 116733
Atlanta, GA 30353

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,787.42** |
|---|---|---|---|

**BB&T Credit Cards**
P.O. Box 580340
Charlotte, NC 28258-0340

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,973.83** |
|---|---|---|---|

**Callaghan Tire**
P.O. Box 628283
Orlando, FL 32862-8283

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00** |
|---|---|---|---|

**CenterState Bank, N.A.**
1101 First Street S.
Tampa, FL 33619

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LOC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,839.43** |
|---|---|---|---|

**ChromaPave**
P.O. Box 75509
Cleveland, OH 44101-4755

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,112.69** |
|---|---|---|---|

**Cintas Corporation**
P.O. Box 630910
Cincinnati, OH 45263-0910

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clark Street Holdings, LLC**
201 Bridle Path
Longwood, FL 32779

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if known) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,157.66 |
|---|---|---|---|

**Crete Carrier**
P.O. Box 82634
Lincoln, NE 68501-2634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $522.85 |
|---|---|---|---|

**Culligan of Tampa**
2703 Airport Rd.
Plant City, FL 33563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $794.35 |
|---|---|---|---|

**Estes Express Lines**
P.O. Box 25612
Richmond, VA 23260-5612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,140.00 |
|---|---|---|---|

**Florida Transcor**
5402-B Pioneer Park Blvd.
Tampa, FL 33634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $310.09 |
|---|---|---|---|

**Graco USA Corp.**
91835 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $550.63 |
|---|---|---|---|

**Grainger**
1820 Tampa East Blvd.
Tampa, FL 33619-3052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,337.73 |
|---|---|---|---|

**Gulf Atlantic**
P.O. Box 2169
Crystal River, FL 34423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Florida Pavement Coatings, Inc.** | Case number *(if known)* | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,916.00 |
|---|---|---|---|

**Hudson Pump & Equipment**
**Div. of Tencarva Machinery**
**P.O. Box 409897**
**Atlanta, GA 30384-9897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $509.81 |
|---|---|---|---|

**Hydraulic Supply Co. & IGS**
**300 International Pkwy.**
**Fort Lauderdale, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|---|---|---|---|

**Infrasys, Inc.**
**2520 S. Campbell St.**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Franchise Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isuzu Financial**
**2500 Westchester Ave., #312**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __For information purposes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.14 |
|---|---|---|---|

**James W. Knight Electric, Inc.**
**425 50th St.**
**Tampa, FL 33619-2690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,246.20 |
|---|---|---|---|

**Lhoist North America**
**P.O. Box 281526**
**Atlanta, GA 30384-1526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.99 |
|---|---|---|---|

**Mackinnon Equipment & Services**
**2230 N. US Hwy 301**
**Tampa, FL 33619-2690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if known) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,854.93**

**Marathon/WEX Bank**
P.O. Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32.01**

**Miller Industrial Supplies**
523 US Hwy. 301 S.
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103.74**

**National Traffic Signs**
14521 60th Ave. N.
Clearwater, FL 33760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,143.40**

**Old Hickory Clay Co.**
P.O. Box 66
Hickory, KY 42051-0066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,998.44**

**Owens Corning - Trumbull**
P.O. Box 417324
Boston, MA 02241-7324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,363.00**

**P&T Products**
472 Industrial Pkwy.
Sandusky, OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,202.90**

**Pavement Stencil Co.**
4347 A Aerospace Rd. SE
Roanoke, VA 24014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Florida Pavement Coatings, Inc.** | | Case number *(if known)* | **8:18-bk-6062** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,773.57 |
|---|---|---|---|

**Pavement Tool Manufacturers, Inc.**
P.O. Box 1048
Gladewater, TX 75647

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,290.01 |
|---|---|---|---|

**Pinecrest Printing & Signs**
2822 Broadway Center Blvd.
Brandon, FL 33510

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $791,960.95 |
|---|---|---|---|

**Gregory Polk**
4901 30th Ave. S.
Tampa, FL 33619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,647.31 |
|---|---|---|---|

**Power Brushes, Inc.**
756 S. Byrne Rd.
Toledo, OH 43609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,873.53 |
|---|---|---|---|

**RL Carriers**
600 Gillam Rd.
Wilmington, OH 45177-0271

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,456.80 |
|---|---|---|---|

**Roadstone Production**
1230 River Rd.
Charlottesville, VA 22901

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $287.23 |
|---|---|---|---|

**Schiller Grounds Care**
One Bobcat Lane
Glencoe, MO 63038-0469

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if known) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,166.64** |
|---|---|---|---|
| | **Sealmaster**<br>**P.O. Box 2218**<br>**Sandusky, OH 44871** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |
|---|---|---|---|
| | **Sivyer Barlow & Watson, P.A.**<br>**401 E. Jackson St., #2225**<br>**Tampa, FL 33602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **South Florida Pavement Coatings, Inc.**<br>**4901 30th Ave. S.**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,670.40** |
|---|---|---|---|
| | **Standard Sand & Silica Co.**<br>**P.O. Box 1059**<br>**Davenport, FL 33836** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107,065.14** |
|---|---|---|---|
| | **Stella-Jones Corp.**<br>**Box 347115**<br>**Pittsburgh, PA 15251-4115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$404.07** |
|---|---|---|---|
| | **Suburban Propane**<br>**4901 W. Knollwood St.**<br>**Tampa, FL 33634-8001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$174,679.56** |
|---|---|---|---|
| | **ThorWorks**<br>**P.O. Box 2277**<br>**Sandusky, OH 44871** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Florida Pavement Coatings, Inc.** | | Case number *(if known)* | **8:18-bk-6062** |
|---|---|---|---|---|
| | Name | | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,145.07**
--- | --- | --- | ---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,145.07** |

**Titan Laboratories**
2935 Irving Blvd., #209
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |

**TMC Transportation**
P.O. Box 83027
Chicago, IL 60691-3010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,948.26** |

**Traffic Supplies & Distribution**
3501 S. Sanford Ave.
Sanford, FL 32773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,602.88** |

**TransSystems, Inc.**
P.O. Box 876
Davenport, FL 33836

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,623.84** |

**Troy Corporation**
P.O. Box 824736
Philadelphia, PA 19182-4736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$781.94** |

**Uline**
P.O. Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**XPO Logistics**
P.O. Box 5160
Portland, OR 97208-5160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Florida Pavement Coatings, Inc.** | Case number (if known) | **8:18-bk-6062** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,150.00** |
|---|---|---|---|

**XPO Logistics**
**13777 Ballantyne Corp. Place**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,342.47** |
|---|---|---|---|

**Zia Trust**
**6301 Indian School Rd., #800**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    **30.00** |
| 5b. Total claims from Part 2 | 5b.  + | $    **1,742,101.16** |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $    **1,742,131.16** |

**Fill in this information to identify the case:**

Debtor name    **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-6062**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease of non-residential real property located at 2605 Clark St., Unit 101, Apopka, Florida Expires 2020** |
| State the term remaining | |
| List the contract number of any government contract | **Clark Street Holdings, LLC 201 Bridle Path Longwood, FL 32779** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Infrasys, Inc. 2520 S. Campbell St. Sandusky, OH 44870** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-6062**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Gregory Polk** | | **CenterState Bank, N.A.** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **South Florida Pavement Coatings, Inc.** | | **CenterState Bank, N.A.** | ■ D  __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **South Florida Pavement Coatings, Inc.** | | **Zia Trust** | ☐ D _____<br>■ E/F  __3.53__<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name    **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-6062**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **8/14/18**    x _____
Signature of individual signing on behalf of debtor

**Gregory Polk**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Florida Pavement Coatings, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:18-bk-6062**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Revenues/Sales** | **$2,311,136.00** |
| **For prior year:**<br>From   **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Gross Revenues/Sales** | **$4,399,088.00** |
| **For year before that:**<br>From   **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Gross Revenues/Sales** | **$16,777.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Florida Pavement Coatings, Inc. | Case number (if known) | 8:18-bk-6062 |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **South Florida Pavement Coatings, Inc.**<br><br>**Affiliate** | | **Unknown** | **As of the petition date, the due to/due from accounts were not reconciled.** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Bank of Tampa**

| Check Date | Check No. | Payee | Amount |
|---|---|---|---|
| | | **June Activity** | |
| 6/26/18 | 521 | BB&T | 100.00 |
| 6/26/18 | 522 | BB&T | 200.00 |
| 6/26/18 | 524 | BB&T | 400.00 |
| 6/26/18 | 525 | BB&T | 200.00 |
| 6/26/18 | 526 | BB&T | 100.00 |
| 6/14/18 | 488 | FL Pavement BB&T Account | 5,000.00 |
| 6/6/18 | 503 | Modern Maintenance | 533.75 |
| 6/26/18 | 523 | Derrick Johnson | 300.00 |
| 6/30/18 | 534 | Sacred Heart Catholic Church | 250.00 |
| 6/20/18 | 498 | Financial Pacific Leasing | 1,317.03 |
| 6/20/18 | 499 | Financial Pacific Leasing | 996.11 |
| 6/6/18 | 507 | Ford Credit | 1,622.10 |
| 6/18/18 | 492 | Ford Credit | 1,469.74 |
| 6/18/18 | 493 | Ford Credit | 1,476.26 |
| 6/6/18 | 511 | HyG Financial | 1,466.86 |
| 6/6/18 | 505 | Compass Bank | 976.00 |
| 6/12/18 | 482 | Owens Corning | 13,118.52 |
| 6/14/18 | 487 | Stella Jones | 29,000.00 |
| 6/6/18 | 514 | Traffic Supplies | 702.07 |
| 6/28/18 | 529 | Paramount Stencil Co | 1,202.90 |
| 6/28/18 | 532 | Old Hickory Clay Co | 3,773.94 |
| 6/28/18 | 533 | Thorworks Industries | 13,562.60 |
| 6/7/18 | 471 | Stricter Riedel Blain & Postler (SRBP) | 6,000.00 |
| 6/26/18 | 516 | Larson & Larson | 350.00 |
| 6/27/18 | 527 | Quality Consulting Group | 2,287.50 |
| 6/14/18 | 489 | Quality Consulting Group | 450.00 |
| 6/28/18 | 531 | Doug Beldin Tax Collector | 303.10 |
| 6/20/18 | 496 | Ally Bank | 2,830.86 |
| 6/20/18 | 497 | Mercedes Benz Fin | 2,083.38 |
| 6/18/18 | 491 | Cintas | 711.05 |
| 6/27/18 | 528 | Clark Street Holdings | 2,361.85 |
| 6/6/18 | 510 | Bank of America | 1,186.76 |
| 6/7/18 | 473 | Endress Hunter | 1,545.00 |
| 6/14/18 | 485 | Uline | 518.93 |
| 6/14/18 | 486 | Cintas | 114.45 |
| 6/26/18 | 518 | Home Depot | 498.05 |
| 6/7/18 | 475 | Chase Bank | 6,783.00 |
| 6/7/18 | 478 | American Express | 6,758.00 |
| 6/19/18 | 494 | American Express | 1,432.75 |
| 6/19/18 | 495 | Verizon | 487.36 |
| 6/6/18 | 501 | Verizon | 116.97 |
| 6/6/18 | 508 | AT&T | 182.36 |

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Bank of Tampa**

| Check Date | Check No. | Payee | Amount |
|---|---|---|---|
| 6/7/18 | 474 | Waste Management | 506.54 |
| 6/15/18 | 490 | Gator Ford | 300.00 |
| 6/7/18 | 476 | Hood Towing | 650.00 |
| 6/6/18 | 509 | Brandon Ford | 142.95 |
| 6/7/18 | 481 | Maurice Hammond | 153.75 |
| 6/26/18 | 520 | Maurice Hammond | 199.00 |
| 6/28/18 | 530 | David Scott | 300.00 |
| 6/8/18 | 472 | City of Tampa Water | 439.35 |
| 6/7/18 | 477 | Bayside IT Svcs | 300.00 |
| 6/9/18 | 479 | TECO | 1,357.28 |
| 6/9/18 | 480 | TECO | 3,445.95 |
| 6/16/18 | 484 | Verizon Connect | 635.78 |
| 6/6/18 | 502 | Duke Energy | 350.40 |
| 6/6/18 | 506 | Spectrum Business | 448.26 |
| 6/6/18 | 513 | FPL | 339.90 |
| 6/6/18 | 515 | Sec Alarm Systems | 175.73 |
| 6/14/18 | 483 | void | |
| | 504 | Void - David Smith | |
| 6/6/18 | 512 | Capital One | 5,300.00 |
| 6/26/18 | 517 | Ford Credit | 1,393.07 |
| 6/26/18 | 519 | BCBS | 1,519.74 |
| | | | 132,726.95 |

**ACH & Other Payments**

| | | | |
|---|---|---|---|
| Various June | | BoT | 55.00 |
| Various June | | ADP | 252.24 |
| Various June | | St of Florida | 16,641.90 |
| Various June | | Transnational | 19.50 |
| Various June | | Harland Clark | 207.48 |
| Various June | | Payroll | 8,085.44 |
| Various June | | Payroll | 11,328.75 |
| Various June | | Payroll | 18,637.63 |
| Various June | | Payroll | 7,628.64 |
| Various June | | Chargeback | 1,291.07 |
| Various June | | Koppers Inc | 19,348.50 |
| | | | 83,496.15 |

**July Activity**

| Date | # | Payee | Amount |
|---|---|---|---|
| 1-Jul | 535 | Chrome Scope | 10,575.00 |
| 1-Jul | 536 | Jose Orallano | 1,400.00 |
| 3-Jul | 537 | Crome Pave | 3,525.00 |
| 3-Jul | 538 | David Scott | 600.00 |
| 3-Jul | 539 | David Scott | 600.00 |
| 3-Jul | 540 | R&L Carriers | 1,730.15 |

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Bank of Tampa**

| Check Date | Check No. | Payee | Amount |
|---|---|---|---|
| 3-Jul | 541 | 18 Thirty One | 6,000.00 |
| 5-Jul | 542 | Hydaulic Supply | 399.60 |
| 5-Jul | 543 | At&T | 191.61 |
| 5-Jul | 544 | Airgas | 115.95 |
| 6-Jul | 545 | WEX Bank | 4,000.00 |
| 6-Jul | 546 | Spectrum Business | 448.00 |
| 6-Jul | 547 | Florida Pavement - BBT Acct | 4,000.00 |
| 6-Jul | 548 | American Express | 5,300.00 |
| 9-Jul | 549 | Duke Energy | 389.61 |
| 9-Jul | 550 | E&N Distributing | 87.15 |
| 9-Jul | 551 | Isuzu Finance | 1,639.42 |
| 9-Jul | 552 | Ford Credit | 1,622.10 |
| 9-Jul | 553 | John Deere Fin | 1,177.95 |
| 9-Jul | 554 | South FloridaPave | 2,000.00 |
| 10-Jul | 555 | David Scott | 3,000.00 |
| 10-Jul | 556 | Compass Bank | 2,000.00 |
| 10-Jul | 557 | Thorworks Ind | 14,000.00 |
| 10-Jul | 558 | Roadstone Production | 2,456.80 |
| 10-Jul | 559 | RFI Inc | 212.93 |
| 10-Jul | 560 | Bank of America | 1,186.76 |
| 11-Jul | 561 | Capital One | 6,875.05 |
| 11-Jul | 562 | Purchase Power | 150.00 |
| 11-Jul | 563 | BB&T | 237.53 |
| 11-Jul | 564 | BB&T-CC | 250.00 |
| 11-Jul | 565 | BB&T-CC | 1,000.00 |
| 11-Jul | 566 | BB&T-CC | 1,000.00 |
| 11-Jul | 567 | BB&T-CC | 250.00 |
| 11-Jul | 568 | BB&T-CC | 250.00 |
| 11-Jul | 569 | BB&T-CC | 200.00 |
| 11-Jul | 570 | BB&T-CC | 250.00 |
| 11-Jul | 571 | BB&T-CC | 200.00 |
| 11-Jul | 572 | BB&T-CC | 1,000.00 |
| 16-Jul | 573 | Bayside Consulting | 525.00 |
| 16-Jul | 574 | HY Financial | 1,466.86 |
| 16-Jul | 575 | Teco | 3,128.70 |
| 16-Jul | 576 | Teco Gas | 1,342.46 |
| 16-Jul | 577 | City of Tampa Water | 269.67 |
| 16-Jul | 578 | Airgas USA | 264.86 |
| 16-Jul | 579 | Brennick Bros | 2,200.00 |
| 16-Jul | 580 | Suburban Propane | 150.66 |
| 16-Jul | 581 | Suburban Propane | 89.73 |
| 16-Jul | 582 | David Scott | 1,200.00 |
| 16-Jul | 583 | L Loist N America | 9,212.54 |

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Bank of Tampa**

| Check Date | Check No. | Payee | Amount |
|---|---|---|---|
| 16-Jul | 584 | Chromoscope | 3,525.00 |
| 18-Jul | 585 | HSMU Trust | 20.00 |
| 18-Jul | 586 | McKibben Powersport | 785.48 |
| 19-Jul | 587 | Quality Consulting | 3,127.50 |
| 19-Jul | 588 | Grainger | 448.32 |
| 19-Jul | 589 | Dex VP | 5.00 |
| 19-Jul | 590 | Orange County Tax Coll | 30.00 |
| 19-Jul | 591 | Ally Bank | 2,830.86 |
| 19-Jul | 592 | Mercedes Benz Fin | 2,083.38 |
| 19-Jul | 593 | Ford Credit | 1,476.26 |
| 19-Jul | 594 | Ford Credit | 1,469.74 |
| 19-Jul | 595 | Quill .com | 99.00 |
| 19-Jul | 596 | Verizon | 150.62 |
| 19-Jul | 597 | Verizon | 486.86 |
| 19-Jul | 598 | Verizon Connect Fleet | 380.92 |
| 19-Jul | 599 | FPL | 1,950.70 |
| 19-Jul | 600 | Pinecrest Printing | 58.85 |
| 19-Jul | 601 | Southern Doch Products | 2,876.84 |
| 19-Jul | 602 | 3 G's Gas Service | 592.00 |
| 19-Jul | 603 | Waste Management | 875.00 |
| 19-Jul | 604 | TR Drum LLC | 600.00 |
| 19-Jul | 605 | Schiller Grounds Core | 407.30 |
| 19-Jul | 606 | Modern Maint | 533.75 |
| 19-Jul | 607 | Uline | 194.54 |
| 19-Jul | 608 | CA Mechanical | 338.10 |
|  | 609 | Void |  |
| 20-Jul | 610 | Motion Industries | 32.01 |
| 23-Jul | 611 | Teco Gas | 252.34 |
| 23-Jul | 612 | Verizon Connect Fleet | 380.92 |
| 23-Jul | 613 | David Scott | 1,500.00 |
|  |  |  | 127,682.38 |

**ACH & Other Payments**

| | | | |
|---|---|---|---|
| 7/1 - 7/23 |  | BoT | 450.00 |
| 7/1 - 7/23 |  | ADP | 250.11 |
| 7/1 - 7/23 |  | St of Florida | 9,643.66 |
| 7/1 - 7/23 |  | Transnational | 169.50 |
| 7/1 - 7/23 |  | Payroll | 6,401.84 |
| 7/1 - 7/23 |  | Payroll | 8,969.81 |
| 7/1 - 7/23 |  | Payroll | 14,756.78 |
| 7/1 - 7/23 |  | Payroll | 6,040.15 |
| 7/1 - 7/23 |  | ADP | 12,037.66 |
| 7/1 - 7/23 |  | Koppers Inc | 76,786.40 |
| 7/1 - 7/24 |  | Asphalt Partners | 68,818.67 |

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Bank of Tampa**

| Check Date | Check No. | Payee | Amount |
|---|---|---|---|
| 7/1 - 7/25 | | Stichter Reidel | 15,000.00 |
| 7/1 - 7/26 | | Nperspective | 10,000.00 |
| 7/1 - 7/27 | | Bankcard Mthly Disc | 3,549.94 |
| | | | 232,874.52 |
| | | | |
| **Grand Total Bank of Tampa Disbursement & Transfers** | | | 576,780.00 |

**Note:**  Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Center State  Bank**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| | | Per QuickBbooks Month end Journal Entries | | |
| 4/30/2018 | Ck# 5006 | Cintas | 8130-T · Laundry-Uniforms | 1,548.49 |
| 4/30/2018 | Ck# 5007 | Ford Credit | 8695 · Rent or Lease | 1,622.10 |
| 4/30/2018 | Ck# 5008 | Broward Cty Tax | 8150-T · Licenses and Permits | 246.01 |
| 4/30/2018 | Ck# 5009 | Broward Cty Tax | 8150-T · Licenses and Permits | 71.95 |
| 4/30/2018 | Ck# 5010 | McQuillian & Wendel | 8140-T · Legal & Accounting | 525.00 |
| 4/30/2018 | Ck# 5011 | Owens Corning | 4020 · Sealer Raw Materia | 11,927.70 |
| 4/30/2018 | Ck# 5012 | Lhoist North America | 4520 · Freight In | 2,272.97 |
| 4/30/2018 | Ck# 5013 | Stella Jones | 4020 · Sealer Raw Materia | 53,320.18 |
| 4/30/2018 | Ck# 5014 | CenterState Bank Loan Pymt | 2034 · Center State Bank - Building Lo | 7,528.56 |
| 4/30/2018 | Ck# 5015 | CenterState Bank Loan Pymt | 2033 · CenterState Bank Loan | 36,179.40 |
| 4/30/2018 | Ck# 5016 | CenterState Bank Interest  Pymt | 9300-T · Interest Expense | 1,128.20 |
| 4/30/2018 | Ck# 5017 | A T & T | 7080-T · Sales Telephone | 183.08 |
| 4/30/2018 | Ck# 5018 | Bayside IT | 8170-T · Office Supplies | 300.00 |
| 4/30/2018 | Ck# 5019 | Duke Power | 5160 · Utilities | 344.37 |
| 4/30/2018 | Ck# 5020 | purchase Power Potage | 8190-T · Postage | 200.00 |
| 4/30/2018 | Ck# 5021 | Spectrum Business | 7080-T · Sales Telephone | 447.89 |
| 4/30/2018 | Ck# 5022 | RFI, Inc - Rags | 5130 · Shop Supplies | 143.38 |
| 4/30/2018 | Ck# 5023 | Verizon | 7020-T · Sales Person Commissions | 117.04 |
| 4/30/2018 | Ck# 5024 | American Express | 2440 · Notes Payable -Loans from Stock | 5,000.00 |
| 4/30/2018 | Ck# 5025 | modern Maintence | 8170-T · Office Supplies | 533.75 |
| 4/30/2018 | Ck# 5026 | James Knight | 5090 · Repairs & Maintenance | 1,198.26 |
| 4/30/2018 | Ck# 5027 | 3 G's Gas | 8610-T · Miscellaneous | 210.00 |
| 4/30/2018 | Ck# 5028 | Advisor Comm | 8140-T · Legal & Accounting | 1,690.00 |
| 4/30/2018 | Ck# 5029 | Community Assoc | 7060-T · Trade Shows | 605.00 |
| 4/30/2018 | Ck# 5030 | Traffic Supplies | 4070 · Tools & Accessories | 282.50 |
| 4/30/2018 | Ck# 5031 | E & N Dist | 5130 · Shop Supplies | 102.13 |
| 4/30/2018 | Ck# 5032 | Liberty Supply | 4070-O · Purchases - Tools & Accessories | 616.87 |
| 4/30/2018 | Ck# 5033 | XPO Logistics | 4520 · Freight In | 2,800.00 |
| 4/30/2018 | Ck# 5034 | Pavement Stencil | 4070 · Tools & Accessories | 992.01 |
| 4/30/2018 | Ck# 5035 | Isuzu Financial | 2051 · Isuzu Financial | 1,639.42 |
| 4/30/2018 | Ck# 5036 | Schiller Grounds | 4070-O · Purchases - Tools & Accessories | 401.95 |
| 4/30/2018 | Ck# 5037 | Stella Jones | 4020 · Sealer Raw Materia | 17,163.04 |
| 4/30/2018 | Ck# 5038 | Owens Corning | 4020 · Sealer Raw Materia | 11,535.12 |
| 4/30/2018 | Ck# 5039 | Miles Tech | 8170-T · Office Supplies | 2,538.90 |
| 4/30/2018 | Ck# 5040 | Cintas | 8130-T · Laundry-Uniforms | 117.72 |
| 4/30/2018 | Ck# 5041 | Cintas | 8130-T · Laundry-Uniforms | 175.63 |
| 4/30/2018 | Ck# 5042 | Sivyer,Barber & Watson | 8140-T · Legal & Accounting | 5,216.48 |
| 4/30/2018 | Ck# 5043 | Compass Bank | 2440 · Notes Payable -Loans from Stock | 836.71 |
| 4/30/2018 | Ck# 5044 | Chase Bank | 2440 · Notes Payable -Loans from Stock | 1,200.00 |
| 4/30/2018 | Ck# 5045 | Unitherm | 4050 · Maintenance Products | 4,100.00 |
| 4/30/2018 | Ck# 5046 | Community Associations | 7060-T · Trade Shows | 350.00 |
| 4/30/2018 | Ck# 5047 | Jerwond Elder | 8590-T · Repairs & Maintenance | 125.00 |
| 4/30/2018 | Ck# 5049 | Jose Orellana | 1270 · Manufacturing Equipment  - Tan | 1,600.00 |
| 4/30/2018 | Ck# 5050 | United State Treasury | 8610-T · Miscellaneous | 298.56 |
| 4/30/2018 | Ck# 5051 | Ally Bank | 2040 · Ally Bank Loan -(61225) | 1,414.14 |
| 4/30/2018 | Ck# 5051 | Ally Bank | 2041 · Ally Bank Loan - (23815) | 1,416.72 |
| 4/30/2018 | Ck# 5052 | Mercedes Benz | 2049 · Mercedes-Benz Financial | 2,083.38 |
| 4/30/2018 | Ck# 5053 | Verizon | 7080-T · Sales Telephone | 490.45 |
| 4/30/2018 | Ck# 5054 | Teco - Electric | 5160 · Utilities | 3,308.03 |
| 4/30/2018 | Ck# 5055 | Teco - peoples Gas | 5160 · Utilities | 1,707.98 |
| 4/30/2018 | Ck# 5056 | HYG Financial | 2042 · HYG Financial Services - (3 For | 1,466.86 |
| 4/30/2018 | Ck# 5057 | Dex YP | 7030-T · Sales Advertising | 400.00 |

**Note:**  Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Center State  Bank**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| 4/30/2018 | Ck# 5058 | B B & T - Sandy | 8652 · B B & T Credit Card Payments | 400.00 |
| 4/30/2018 | Ck# 5059 | B B & T - Tim | 8652 · B B & T Credit Card Payments | 400.00 |
| 4/30/2018 | Ck# 5060 | B B & T - Donnies | 8652 · B B & T Credit Card Payments | 1,000.00 |
| 4/30/2018 | Ck# 5061 | B B & T - Dons | 8652 · B B & T Credit Card Payments | 300.00 |
| 4/30/2018 | Ck# 5062 | B B & T - | 8652 · B B & T Credit Card Payments | 400.00 |
| 4/30/2018 | Ck# 5063 | B B & T - Bill | 8652 · B B & T Credit Card Payments | 200.00 |
| 4/30/2018 | Ck# 5064 | B B & T - Patrickes | 8652 · B B & T Credit Card Payments | 500.00 |
| 4/30/2018 | Ck# 5064 | B B & T - Steve | 8652 · B B & T Credit Card Payments | 1,000.00 |
| 4/30/2018 | Ck# 5065 | B B & T - Dave | 8652 · B B & T Credit Card Payments | 1,000.00 |
| 4/30/2018 | Ck# 5067 | B B & T - Greg | 8652 · B B & T Credit Card Payments | 400.00 |
| 4/30/2018 | Ck# 5068 | Ford Credit 3639 | 2043 · Ford Credit -3639 | 1,476.26 |
| 4/30/2018 | Ck# 5069 | Ford Credit  4916 | 2045 · Ford Credit - 4916 | 1,469.74 |
| 4/30/2018 | Ck# 5070 | Air Gas | 8610-T · Miscellaneous | 245.10 |
| 4/30/2018 | Ck# 5071 | R & L | 4520 · Freight In | 717.51 |
| 4/30/2018 | Ck# 5072 | TR Drum | 4070-O · Purchases - Tools & Accessories | 1,000.00 |
| 4/30/2018 | Ck# 5073 | A & A Speciality | 5170 · Manufacturing Miscellaneous | 1,880.00 |
| 4/30/2018 | Ck# 5074 | TransAmerica | 8110-T · Insurance | 962.00 |
| 4/30/2018 | Ck# 5075 | B & R Fab | 1610 · Boiler Improvements | 4,114.15 |
| 4/30/2018 | Ck# 5076 | Steven Martinez - Upgrades | 1610 · Boiler Improvements | 1,300.00 |
| 4/30/2018 | Ck# 5077 | Owens Corning | 4020 · Sealer Raw Materia | 12,485.04 |
| 4/30/2018 | Ck# 5078 | ThorWorks | 4050 · Maintenance Products | 21,566.61 |
| 4/30/2018 | Ck# 5079 | Clark Holderg | 5110-O · Rent  Expense- Apopka | 2,361.85 |
| 4/30/2018 | Ck# 5080 | Wells Fargo | 2440 · Notes Payable -Loans from Stock | 1,452.00 |
| 5/31/2018 | Ck# 5081 | Infrasys | 8000-T · Franchise Fee | 18,140.51 |
| 5/31/2018 | Ck# 5082 | Sealmaster Ad Fund | 7090-T · National Advertising - Ad Fund | 5,442.15 |
| 5/31/2018 | Ck# 5083 | HSMV Trust Fund | 6070-T · Truck Weights, Tolls,Permits | 108.00 |
| 5/31/2018 | Ck# 5084 | Waste Mgmt | 8735 · Trash Expenses | 1,574.94 |
| 5/31/2018 | Ck# 5085 | Callaghan Tire | 5090 · Repairs & Maintenance | 1,902.91 |
| 5/31/2018 | Ck# 5086 | Brandon Ford | 5090 · Repairs & Maintenance | 1,073.33 |
| 5/31/2018 | Ck# 5087 | Jerwond Elder | 8590-T · Repairs & Maintenance | 125.00 |
| 5/31/2018 | Ck# 5088 | XPO Logistics | 4520 · Freight In | 6,350.00 |
| 5/31/2018 | Ck# 5089 | Culligan of Tampa | 5130-O · Manufacturing Expense-Shop Supp | 521.85 |
| 5/31/2018 | Ck# 5090 | Traffic Supplies | 4070 · Tools & Accessories | 580.37 |
| 5/31/2018 | Ck# 5091 | Kraft Tools | 4070 · Tools & Accessories | 1,476.30 |
| 5/31/2018 | Ck# 5092 | Financial Pacific | 2046 · Financial Pacific - SM 575 | 996.11 |
| 5/31/2018 | Ck# 5093 | Financial Pacific | 2048 · Financial Pacific | 1,317.03 |
| 5/31/2018 | Ck# 5094 | American Express | 2440 · Notes Payable -Loans from Stock | 6,000.00 |
| 5/31/2018 | Ck# 5095 | A T & T | 7080-T · Sales Telephone | 191.61 |
| 5/31/2018 | Ck# 5096 | Jerwond Elder | 8590-T · Repairs & Maintenance | 125.00 |
| 5/31/2018 | Ck# 5097 | Derrick Johnson | 8610-T · Miscellaneous | 200.00 |
| 5/31/2018 | Ck# 5098 | Isuzu Financial | 2051 · Isuzu Financial | 1,639.42 |
| 5/31/2018 | Ck# 5099 | Ford Credit | 8695 · Rent or Lease | 1,622.10 |
| 5/31/2018 | Ck# 5100 | Bank of America | 8695 · Rent or Lease | 1,186.76 |
| 5/31/2018 | Ck# 5101 | Florida Dept of Revenue | 8610-T · Miscellaneous | 12.94 |
| 5/31/2018 | Ck# 5102 | Derrick Johnson | 8610-T · Miscellaneous | 175.00 |
| 5/31/2018 | Ck# 5103 | Jerwond Elder | 8590-T · Repairs & Maintenance | 400.00 |
| 5/31/2018 | Ck# 5104 | Central Frame and Axle | 6040-T · Truck & Trailer Repair | 2,599.03 |
| 5/31/2018 | Ck# 5105 | Smart Procare | 8090-T · Dues & Subscriptions | 6,600.00 |
| 5/31/2018 | Ck# 5106 | Center State Bank | 2033 · CenterState Bank Loan | 36,964.07 |
| 5/31/2018 | Ck# 5107 | Center State Bank - Building Pymt | 2034 · Center State Bank - Building Lo | 7,723.55 |
| 5/31/2018 | Ck# 5108 | Center State Bank - Interest expense | 9300-T · Interest Expense | 1,269.57 |
| 5/31/2018 | Ck# 5109 | HSMV Trust Fund | 6070-T · Truck Weights, Tolls,Permits | 160.00 |
| 5/31/2018 | Ck# 5110 | Chase Card | 2440 · Notes Payable -Loans from Stock | 800.00 |

**Note:**  Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Center State  Bank**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| 5/31/2018 | Ck# 5111 | BBVA Compass | 9300-T · Interest Expense | 987.68 |
| 5/31/2018 | Ck# 5112 | HYG Financial | 2042 · HYG Financial Services - (3 For | 1,466.86 |
| 5/31/2018 | Ck# 5113 | Suburban Propane | 8610-T · Miscellaneous | 320.85 |
| 5/31/2018 | Ck# 5114 | Suburban Propane | 8610-T · Miscellaneous | 299.87 |
| 5/31/2018 | Ck# 5115 | Verizon | 7080-T · Sales Telephone | 116.97 |
| 5/31/2018 | Ck# 5116 | City of Tampa | 5160 · Utilities | 421.17 |
| 5/31/2018 | Ck# 5117 | Purchase Power | 8190-T · Postage | 250.00 |
| 5/31/2018 | Ck# 5118 | John Deere Financial | 8695 · Rent or Lease | 1,177.95 |
| 5/31/2018 | Ck# 5119 | Capital One Bank | 2440 · Notes Payable -Loans from Stock | 800.00 |
| 5/31/2018 | Ck# 5120 | Naylor Assoc | 8650 · Advertising | 1,303.53 |
| 5/31/2018 | Ck# 5121 | Duke Energy | 5160-O · Manufacturing Expenses-Utilitie | 331.50 |
| 5/31/2018 | Ck# 5122 | Spectrum Business | 7080-T · Sales Telephone | 447.69 |
| 5/31/2018 | Ck# 5123 | Pitney Bowes | 8190-T · Postage | 32.00 |
| 5/31/2018 | Ck# 5124 | Greg Polk | 2440 · Notes Payable -Loans from Stock | 1,250.00 |
| 5/31/2018 | Ck# 5125 | Central Frame & Axel | 1360 · Transportation Equipment | 1,244.62 |
| 5/31/2018 | Ck# 5126 | Jerwond Elder | 8590-T · Repairs & Maintenance | 200.00 |
| 5/31/2018 | Ck# 5127 | Jerwond Elder | 8590-T · Repairs & Maintenance | 200.00 |
| 5/31/2018 | Ck# 5128 | Chroma Pave | 4020 · Sealer Raw Materia | 3,375.00 |
| 5/31/2018 | Ck# 5129 | ThorWorks | 4050-O · Purchases - Maintenance Product | 8,335.25 |
| 5/31/2018 | Ck# 5130 | Cintas | 8130-T · Laundry-Uniforms | 1,248.93 |
| 5/31/2018 | Ck# 5131 | Cintas | 8130-T · Laundry-Uniforms | 241.29 |
| 5/31/2018 | Ck# 5132 | Teco - Peoples Gas | 5160 · Utilities | 1,826.67 |
| 5/31/2018 | Ck# 5133 | Teco - Electric | 5160 · Utilities | 3,664.36 |
| 5/31/2018 | Ck# 5134 | Bridgestone Hose Power | 5130 · Shop Supplies | 465.90 |
| 5/31/2018 | Ck# 5135 | Tampa Rubber & Gasket | 5130 · Shop Supplies | 103.56 |
| 5/31/2018 | Ck# 5136 | Security Alarm Systems | 5160 · Utilities | 176.55 |
| 5/31/2018 | Ck# 5137 | Wells Fargo Bank | 9300-T · Interest Expense | 539.86 |
| 5/31/2018 | Ck# 5138 | Central Frame & Axel | 6040-T · Truck & Trailer Repair | 2,852.45 |
| 5/31/2018 | Ck# 5139 | Traffic Supplies | 4070 · Tools & Accessories | 1,433.24 |
| 5/31/2018 | Ck# 5140 | AirGas | 8610-T · Miscellaneous | 19.76 |
| 5/31/2018 | Ck# 5141 | Verizon | 7080-T · Sales Telephone | 490.01 |
| 5/31/2018 | Ck# 5142 | FDOT | 6070-T · Truck Weights, Tolls,Permits | 9.62 |
| 5/31/2018 | Ck# 5143 | B B & T  - Garrett | 8652 · B B & T Credit Card Payments | 250.00 |
| 5/31/2018 | Ck# 5144 | B B & T  - Tim | 8652 · B B & T Credit Card Payments | 150.00 |
| 5/31/2018 | Ck# 5145 | B B & T  - Steve | 8652 · B B & T Credit Card Payments | 400.00 |
| 5/31/2018 | Ck# 5146 | B B & T  - Sandy | 8652 · B B & T Credit Card Payments | 1,000.00 |
| 5/31/2018 | Ck# 5147 | B B & T  - Donnie | 8652 · B B & T Credit Card Payments | 300.00 |
| 5/31/2018 | Ck# 5148 | B B & T  - Patrick | 8652 · B B & T Credit Card Payments | 250.00 |
| 5/31/2018 | Ck# 5149 | B B & T  - David | 8652 · B B & T Credit Card Payments | 250.00 |
| 5/31/2018 | Ck# 5150 | B B & T  - Don | 8652 · B B & T Credit Card Payments | 100.00 |
| 5/31/2018 | Ck# 5151 | B B & T  - Bill | 8652 · B B & T Credit Card Payments | 200.00 |
| 5/31/2018 | Ck# 5152 | B B & T  - Greg | 8652 · B B & T Credit Card Payments | 1,000.00 |
| 5/31/2018 | Ck# 5153 | Central Frame and axel | 6040-T · Truck & Trailer Repair | 1,682.44 |
| 5/31/2018 | Ck# 5154 | Jose Orellana | 1270 · Manufacturing Equipment  -  Tan | 1,600.00 |
| 5/31/2018 | Ck# 5155 | Derrick Johnson | 8610-T · Miscellaneous | 200.00 |
| 5/31/2018 | Ck# 5156 | Owens Corning | 4020 · Sealer Raw Materia | 11,977.62 |
| 5/31/2018 | Ck# 5157 | Stella Jones | 4020 · Sealer Raw Materia | 18,161.80 |
| 5/31/2018 | Ck# 5158 | Advisor Comm | 1602 · Loan Costs | 3,100.00 |
| 5/31/2018 | Ck# 5159 | Tampa Rubber & Gasket | 5130 · Shop Supplies | 1,630.69 |
| 5/31/2018 | Ck# 5160 | Financial Pacific | 2046 · Financial Pacific - SM 575 | 996.11 |
| 5/31/2018 | Ck# 5161 | Financial Pacific | 2048 · Financial Pacific | 1,317.03 |
| 5/31/2018 | Ck# 5162 | Mercedes Benz Financial | 2049 · Mercedes-Benz Financial | 2,083.38 |
| 5/31/2018 | Ck# 5163 | Ford Credit | 2045 · Ford Credit - 4916 | 1,469.74 |

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Payment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Center State  Bank**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| 5/31/2018 | Ck# 5164 | Ford Credit | 2043 · Ford Credit -3639 | 1,476.26 |
| 5/31/2018 | Ck# 5165 | Ally Bank | 2040 · Ally Bank Loan -(61225) | 1,414.14 |
| 5/31/2018 | Ck# 5165 | Ally Bank | 2041 · Ally Bank Loan - (23815) | 1,416.72 |
| 5/31/2018 | Ck# 5166 | Clark Street Holdings | 5110-O · Rent  Expense- Apopka | 2,361.85 |
| 5/31/2018 | Ck# 5167 | Jerwond Elder | 8590-T · Repairs & Maintenance | 400.00 |
| 5/31/2018 | Ck# 5168 | Derrick Johnson | 8610-T · Miscellaneous | 300.00 |
| 5/31/2018 | Ck# 5169 | Isuzu Financial | 2051 · Isuzu Financial | 1,639.42 |
| 5/31/2018 | Ck# 5171 | John Deere Financial | 8695 · Rent or Lease | 7,609.28 |
| 5/31/2018 | Ck# 5172 | Purchase Power | 8190-T · Postage | 25.00 |
| 5/31/2018 | Ck# 5173 | WEX - Marathon Card | 6050-T · Truck Gas and Oil | 940.19 |
| 5/31/2018 | Ck# 5174 | Modern Maintenance | 8050-T · Cleaning and | 533.75 |
| 5/31/2018 | Ck# 5175 | Bayside IT | 8170-T · Office Supplies | 390.00 |
| 5/31/2018 | Ck# 5176 | Brandon Lock & Key | 8590-T · Repairs & Maintenance | 175.39 |
| 5/31/2018 | Ck# 5177 | McQuillan & Wendall | 8140-T · Legal & Accounting | 550.00 |
| 5/31/2018 | Ck# 5178 | Graco Inc | 4050 · Maintenance Products | 310.09 |
| 5/31/2018 | Ck# 5179 | 3 G's Gas | 5130 · Shop Supplies | 52.50 |
| 5/31/2018 | Ck# 5180 | Waste Mgmt | 8735 · Trash Expenses | 562.06 |
| 5/31/2018 | Ck# 5181 | YP | 8661 · Advertising/Promotional | 400.00 |
| 5/31/2018 | Ck# 5182 | RFI, Inc | 5130 · Shop Supplies | 143.38 |
| 5/31/2018 | Ck# 5183 | Hydraulic Supply | 5130 · Shop Supplies | 33.72 |
| 5/31/2018 | Ck# 5184 | Pitney Bowes | 8190-T · Postage | 126.26 |
| 5/31/2018 | Ck# 5185 | Wells Fargo | 9300-T · Interest Expense | 1,451.00 |
| 5/31/2018 | Ck# 5186 | B & R Fab | 1270 · Manufacturing Equipment  -  Tan | 2,561.32 |
| 5/31/2018 | Ck# 5187 | Stichter Rosedal Blain | 8140-T · Legal & Accounting | 16,521.00 |
| 5/31/2018 | Ck# 5188 | Efrain Martinez | 8610-T · Miscellaneous | 403.33 |
| 5/31/2018 | Ck# 5189 | John Deere Financial | 8695 · Rent or Lease | 1,177.25 |
| 5/31/2018 | Ck# 5190 | Jerwond Elder | 8590-T · Repairs & Maintenance | 325.00 |
| 4/30/2018 | | Driver Wages | 6010 · Drivers Wages | 8,250.00 |
| 4/30/2018 | | Salespersons Wages | 7010-T · Sales Person Salaries | 10,846.17 |
| 4/30/2018 | | Office Wages | 8020-T · Offfice Payroll | 7,211.55 |
| 4/30/2018 | | Warehouse Wages | 8015-T · Warehouse Wa | 23,483.17 |
| 4/30/2018 | | April Service Charges | 8030-T · Bank Fees | 72.82 |
| 4/30/2018 | | ADP Garnishments | 8010-T · Payroll Garnishment | 623.07 |
| 4/30/2018 | | Merchants Fees | 8040-T · Credit Card | 19.50 |
| 4/30/2018 | | ADP Fees | 8640-T · Payroll Processing Fee | 250.00 |
| 4/30/2018 | | Duval Cty | 2503 · Duval County Payable | 630.00 |
| 4/30/2018 | | Hillsbourgh cty | 2506 · Hillsborough County Payable | 6,127.86 |
| 4/30/2018 | | Marion Cty | 2511 · Marion County Payable | 1,166.32 |
| 4/30/2018 | | Orange Cty | 2513 · Orange County Payable | 1,820.77 |
| 4/30/2018 | | Osceola Cty | 2514 · OSCEOLA COUNTY Payable | 608.65 |
| 4/30/2018 | | Palm Beach Cty | 2516 · PALM BEACH COUNTY Payable | 356.40 |
| 4/30/2018 | | Pasco Cty | 2517 · PASCO COUNTY Payable | 1,234.10 |
| 4/30/2018 | | Pinellas Cty | 2518 · Pinellas County Payable | 1,297.17 |
| 4/30/2018 | | Polk Cty | 2519 · POLK COUNTY Payable | 892.41 |
| 4/30/2018 | | Sarasota Cty | 2520 · SARASOTA COUNTY Payable | 346.15 |
| 4/30/2018 | | Sealmaster fl | 2521 · SEALMASTER FLORIDA Payable | 4,344.14 |
| 4/30/2018 | | Sumter Cty | 2522 · Sumter County Payable | 602.70 |
| 4/30/2018 | | Manatee Cty | 2510 · Manatee County Payable | 242.00 |
| 4/30/2018 | | Volusia Cty | 2531 · VOLUSIA COUNTY Payable | 5.46 |
| | | | | 553,112.01 |

**Per CheckBook Detail**

| | | | |
|---|---|---|---|
| 6/1/18 | 5191 | Seibertheck | 5,483.39 |

**Note:**  Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavment Coatings, Inc.**
**Payments 90 Days Prior to Filing - Center State  Bank**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| 5/31/18 | 5192 | Joshua Huggins | | 200.00 |
| 6/1/18 | 5193 | Soloski Tax | | 7,983.00 |
| 6/1/18 | 5194 | Sivyer Barlow & Watson | | 5,484.00 |
| | 5195 | Void | | |
| | 5196 | Void | | |
| | 5197 | Void | | |
| 6/4/18 | 5198 | Soloski Tax | | 5,017.00 |
| 6/4/18 | 5199 | CenterState | | 1,304.72 |
| 6/4/18 | 5200 | Stichter Riedell SRBP | | 12,183.00 |
| 6/6/18 | 5201 | Derrick Johnson | | 100.00 |
| 6/20/18 | 5202 | Brennick Bros | | 260.00 |
| 6/20/18 | 5203 | Coast to Coast Computer | | 179.99 |
| 6/20/18 | 5204 | 3 G's Gas Service | | 277.50 |
| 6/20/18 | 5205 | Pinecrest Printing | | 1,290.01 |
| 6/20/18 | 5206 | Dex VP | | 800.92 |
| | | | | 40,563.53 |

**Per Month End Journal Entry Summary not posted**

**ACH & Other Payments**

| | | | |
|---|---|---|---|
| Various June | Centerstate Bank Fees | | 51.45 |
| Various June | ADP Fees | | 172.42 |
| Various June | Freight WWEX | | 2,041.56 |
| Various June | AMEX | | 5,485.81 |
| Various June | Merchant Fees | | 3,354.48 |
| Various June | Payroll | | 3,291.83 |
| Various June | Payroll | | 4,612.28 |
| Various June | Payroll | | 7,587.95 |
| Various June | Payroll | | 3,105.85 |
| Various June | Void Check | | (125.00) |
| 5/31/2018 | Driver Wages | 6010 · Drivers Wages | 13,750.00 |
| 5/31/2018 | Salespersons Wages | 7010-T · Sales Person Salaries | 12,980.75 |
| 5/31/2018 | Office Wages | 8020-T · Offfice Payroll | 17,788.50 |
| 5/31/2018 | Warehouse Wages | 8015-T · Warehouse Wa | 38,309.95 |
| Varous May | Centerstate Bank Fees | | 80.82 |
| Varous May | ADP Fees | | 347.22 |
| Varous May | Freight WWEX | | 5,608.85 |
| Varous May | Merchant Fees | | 3,153.76 |
| Varous May | FL Dept Rev - Sales Tax | | 25,199.10 |
| Varous May | | | 830.76 |
| 7/12/18 | WWEX Franchise | | 536.96 |
| 7/16/18 | Bank Fees | | 40.72 |
| | | | 148,206.03 |

**Grand Total Center State Bank Disbursement & Transfers**          741,881.57

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavement Coatings, Inc.**
**Payments 90 Days Prior to Filing - BB&T**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| | | **Per QuickBbooks Month end Journal Entries** | | |
| 4/30/2018 | | Driver Wages | 6010 · Drivers Wages | 2,750.00 |
| 4/30/2018 | | Salesperson Wages | 7010-T · Sales Person Salaries | 3,615.39 |
| 4/30/2018 | | Office Wages | 8020-T · Offfice Payroll | 2,406.85 |
| 4/30/2018 | | Warehouse Wages | 8015-T · Warehouse Wa | 4,440.04 |
| 4/30/2018 | | bank fees | 8030-T · Bank Fees | 44.15 |
| 4/30/2018 | | Merchant Fees | 8040-T · Credit Card | 3,149.87 |
| 4/30/2018 | | ADP Fees | 8640-T · Payroll Processing Fee | 84.08 |
| 4/30/2018 | | ADP Garnishments | 8010-T · Payroll Garnishment | 207.69 |
| 4/30/2018 | | B B & B Transfers | 8652 · B B & T Credit Card Payments | 16,540.75 |
| 4/30/2018 | | Pawnee Leasing | 2047 · Pawnee Leasing Corp | 1,592.66 |
| 4/30/2018 | | Simmons Bank | 8695 · Rent or Lease | 1,462.27 |
| 4/30/2018 | | On Deck Capital Pymts | 2052 · On Deck Capital - LOC | 20,048.10 |
| 4/30/2018 | | World Wide Express | 4520 · Freight In | 523.20 |
| 4/30/2018 | | radium 2 pymts | 2053 · Radium 2 Capital | 11,828.58 |
| 4/30/2018 | Ck# 6515 | Brandon Ford | 5090 · Repairs & Maintenance | 246.01 |
| 4/30/2018 | Ck# 6516 | Suburban Propane | 8610-T · Miscellaneous | 187.66 |
| 4/30/2018 | Ck# 6517 | R & L Carriers | 4520 · Freight In | 180.08 |
| 4/30/2018 | Ck# 6518 | Quill Corp | 8170-T · Office Supplies | 59.42 |
| 4/30/2018 | Ck# 6519 | P & T products | 5130 · Shop Supplies | 80.00 |
| 4/30/2018 | Ck# 6521 | Mackinnon equip | 5130 · Shop Supplies | 63.21 |
| 4/30/2018 | Ck# 6522 | City of Tampa | 5160 · Utilities | 540.86 |
| 4/30/2018 | Ck# 6523 | Pitney Bowes | 8190-T · Postage | 126.26 |
| 4/30/2018 | Ck# 6525 | Wells Fargo | 9300-T · Interest Expense | 600.00 |
| 4/30/2018 | Ck# 6526 | | 9300-T · Interest Expense | 32,387.50 |
| 4/30/2018 | Ck# 6527 | Stella Jones | 4020 · Sealer Raw Materia | 37,367.30 |
| 4/30/2018 | Ck# 6494 | Lhoist North America | 4520 · Freight In | 2,337.54 |
| 4/30/2018 | Ck# 6495 | Financial Pacific | 2048 · Financial Pacific | 1,317.03 |
| 4/30/2018 | Ck# 6496 | Financial Pacific | 2046 · Financial Pacific - SM 575 | 996.11 |
| 4/30/2018 | Ck# 6497 | Old Hickory Clay Co | 4020 · Sealer Raw Materia | 2,519.66 |
| 4/30/2018 | Ck# 6498 | Troy Chemical | 4070 · Tools & Accessories | 7,646.73 |
| 4/30/2018 | Ck# 6499 | Sacred Hearth Catholic Church | 8060-T · Contribution | 4,100.00 |
| 4/30/2018 | Ck# 6500 | InfraSys | 8000-T · Franchise Fee | 15,010.32 |
| 4/30/2018 | Ck# 6501 | Sealmaster ad fund | 7090-T · National Advertising - Ad Fund | 4,503.10 |
| 4/30/2018 | Ck# 6502 | InfraSys Reconciliation | 8000-T · Franchise Fee | 10,826.13 |
| 4/30/2018 | Ck# 6503 | Sealmaster ad fund reconciliation | 7090-T · National Advertising - Ad Fund | 3,248.00 |
| 4/30/2018 | Ck# 6504 | Clark Street holdings | 5110-O · Rent  Expense- Apopka | 2,361.85 |
| 4/30/2018 | Ck# 6505 | Jose Orellana | 1270 · Manufacturing Equipment  -  Tan | 1,600.00 |
| 4/30/2018 | Ck# 6506 | ThorWorks | 4050 · Maintenance Products | 47,085.72 |
| 4/30/2018 | Ck# 6507 | Capital One | 1330 · Machinery &  Equipment | 1,500.00 |
| 4/30/2018 | Ck# 6508 | Wells Fargo | 2440 · Notes Payable -Loans from Stock | 1,279.00 |
| 4/30/2018 | Ck# 6509 | Bank of America | 8695 · Rent or Lease | 1,186.76 |
| 4/30/2018 | Ck# 6510 | John Deere Financial | 8695 · Rent or Lease | 1,177.95 |
| 4/30/2018 | Ck# 6511 | Jerwond Elder | 8590-T · Repairs & Maintenance | 125.00 |

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

**Florida Pavement Coatings, Inc.**
**Payments 90 Days Prior to Filing - BB&T**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| 4/30/2018 | Ck# 6512 | South Fl pavement coatings | 2440 · Notes Payable -Loans from Stock | 9,000.00 |
| 4/30/2018 | Ck# 6513 | Greg Polk | 2441 · Notes Payable - (NEW) Loans fro | 3,700.00 |
| 4/30/2018 | Ck# 651 | 4 Maintenance Inc | 4050 · Maintenance Products | 33,272.64 |
| 5/31/2018 | | Service Charges | 8030-T · Bank Fees | 38.00 |
| 5/31/2018 | | Pawnee Leasing | 2047 · Pawnee Leasing Corp | 1,592.66 |
| 5/31/2018 | | On Deck Capital | 2052 · On Deck Capital - LOC | 16,038.48 |
| 5/31/2018 | | Simmons Bank | 8695 · Rent or Lease | 1,462.27 |
| 5/31/2018 | | Forward Financing | 2055 · Forward Financing | 11,950.00 |
| 5/31/2018 | | Accord Business | 2054 · Accord Business Funding | 14,419.24 |
| 5/31/2018 | Zia Trust | Radium 2 Capital | 2053 · Radium 2 Capital | 15,771.44 |
| 5/31/2018 | | Phone Transfers to BBT | 8652 · B B & T Credit Card Payments | 6,000.00 |
| 5/31/2018 | | Merchant Fees | 8040-T · Credit Card | 488.77 |
| 5/31/2018 | | Berkman Fin | 1602 · Loan Costs | 2,750.00 |
| 5/31/2018 | | Business Capital-Forward financing | 1602 · Loan Costs | 4,100.00 |
| 5/31/2018 | | Radium 2 | 1602 · Loan Costs | 2,995.00 |
| 5/31/2018 | Ck# 6531 | Derrick Johnson | 8610-T · Miscellaneous | 200.00 |
| 5/31/2018 | Ck# 6532 | Florida Silica Sand | 4020-O · Purchases - Sealer Raw Material | 5,295.14 |
| 5/31/2018 | Ck# 6533 | Standard Sand | 4020 · Sealer Raw Materia | 7,680.00 |
| 5/31/2018 | Ck# 6534 | Old Hickory Clay Co | 4020 · Sealer Raw Materia | 4,068.86 |
| 5/31/2018 | Ck# 6535 | Liberty Supply | 4050 · Maintenance Products | 2,200.23 |
| 5/31/2018 | Ck# 6536 | Owens Corning | 4020 · Sealer Raw Materia | 12,719.64 |
| 5/31/2018 | Ck# 6537 | Stella Jones | 4020 · Sealer Raw Materia | 18,224.94 |
| 5/31/2018 | Ck# 6538 | ABI | 4050 · Maintenance Products | 14,409.88 |
| 5/31/2018 | Ck# 6539 | Owens Corning | 4020 · Sealer Raw Materia | 11,874.80 |
| 5/31/2018 | Ck# 6540 | Power Brushes | 4050 · Maintenance Products | 1,089.18 |
| 5/31/2018 | Ck# 6541 | Hydralic Supply | 5130 · Shop Supplies | 1,776.34 |
| 5/31/2018 | Ck# 6542 | Tampa Rubber & Gasket | 5130 · Shop Supplies | 718.26 |
| 5/31/2018 | Ck# 6544 | Motion Industries | 5130 · Shop Supplies | 314.54 |
| 5/31/2018 | Ck# 6545 | Motion Industries | 5130 · Shop Supplies | 110.08 |
| | | | | 453,613.22 |

**Per Month End Journal Entry Summary not posted**

| | | | |
|---|---|---|---|
| Various June | Pawnee Lsg | | 1,592.66 |
| Various June | Simmon Bank | | 1,462.17 |
| Various June | Phone Xfer - CC | | 4,000.00 |
| Various June | Forward Financing | | 12,547.50 |
| Various June | Accord Bus | | 13,763.82 |
| Various June | Radium 2 | | 15,771.44 |
| Various June | On Deck | | 16,038.48 |
| Various June | Returned Item | | 776.98 |
| Various June | Merchant Fees | | 56.50 |
| | | | 66,009.55 |

**Per CheckBook Detail**

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

2 of 3

**Florida Pavement Coatings, Inc.**
**Payments 90 Days Prior to Filing - BB&T**

| Check Date | Check No. | Payee | Account Charged | Amount |
|---|---|---|---|---|
| 7/1 - 7/23/18 | | Pawnee Lsg | | 1,592.66 |
| 7/1 - 7/23/18 | | Forward Financing | | 8,962.50 |
| 7/1 - 7/23/18 | | Accord Bus | | 9,831.30 |
| 7/1 - 7/23/18 | | Radium 2 | | 15,771.44 |
| 7/1 - 7/23/18 | | On Deck | | 16,038.48 |
| 7/1 - 7/23/18 | | Merchant Fees | | 50.90 |
| 7/1 - 7/23/18 | | Bank Fees | | 12.00 |
| | | | | 52,259.28 |

**Grand Total BB&T Bank Disbursement & Transfers**                                            571,882.05

**Note:** Becuase of the condition of the accounting records, this list has been manually prepared from check books and general entries. This process could potentially miss some disbursements.

3 of 3

| Debtor | **Florida Pavement Coatings, Inc.** | Case number *(if known)* | **8:18-bk-6062** |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.**<br>**110 E. Madison St., Suite 200**<br>**Tampa, FL 33602** | **Attorney Fees for Debtor and Related Debtor** | **Various** | **$55,687.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Nperspective** | | **7/20/2018** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Florida Pavement Coatings, Inc.** | | Case number *(if known)* **8:18-bk-6062** |
| --- | --- | --- | --- |

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Florida Pavement Coatings, Inc. | Case number *(if known)*  8:18-bk-6062 |
| --- | --- | --- |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Blue Creek Livestock**<br>**4901 30th Ave. S.**<br>**Tampa, FL 33619** | **4901 30th Ave. S.**<br>**Tampa, FL 33619** | **Leased equipment, trailers and vehicle, which the Debtor makes the lease payments.** | **Unknown** |

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Florida Pavement Coatings, Inc. | | Case number *(if known)* | 8:18-bk-6062 |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Soloski Tax & Insurance Service, Inc.**<br>**P.O. Box 2897**<br>**Pinellas Park, FL 33780** | **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **CenterState Bank, N.A.**<br>**1101 First Street S.**<br>**Tampa, FL 33619** |
| 26d.2.    **BB&T**<br>**P.O. Box 580340**<br>**Charlotte, NC 28258-0340** |
| 26d.3.    **Bank of Tampa**<br>**202 N. Franklin St.**<br>**Tampa, FL 33602** |
| 26d.4.    **ThorWorks**<br>**P.O. Box 2277**<br>**Sandusky, OH 44871** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Florida Pavement Coatings, Inc.** | Case number *(if known)* | **8:18-bk-6062** |
|---|---|---|---|

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gregory Polk** | **4901 30th Ave. S. Tampa, FL 33619** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gregory Polk 4901 30th Ave. S. Tampa, FL 33619** | **$29,211.59** | **Various** | **Salary and bonus** |
| | **Relationship to debtor Officer, Director, Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Florida Pavement Coatings, Inc.**                    Case number *(if known)*  **8:18-bk-6062**

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          08/14/18

_____
Signature of individual signing on behalf of the debtor

**Gregory Polk**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes